IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDWARD J. EDWARDS,

    Plaintiff,

v.

Case No. 3:18-cv-00392-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

    Defendant.

---

**ORDER**

---

Pursuant to a joint stipulation for remand (dkt. #14) filed by the parties on November 21, 2018, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(b), for an award of benefits as set forth in that stipulation. SO ORDERED this 28TH day of NOVEMBER, 2018.

BY THE COURT:

_____
THE HONORABLE JAMES D. PETERSON
Chief Judge, United States District Court